Wednesday, May 4, 2011

No. 11–0434/AR. U.S. v. David J. Isenhower. CCA 20100354. Review granted on the following issues:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

> No briefs will be filed under Rule 25.

Thursday, May 5, 2011

No. 11–0256/MC. U.S. v. Michael J. Cheeseman. CCA 200900567. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, and in light of *United States v. Prather,* 69 M.J. 338 (C.A.A.F. 2011) and *United States v. Neal,* 68 M.J. 289 (C.A.A.F. 2010), said petition is granted on the following specified issue:

> WHETHER APPELLANT'S CONVICTION FOR AGGRAVATED SEXUAL ASSAULT UNDER ARTICLE 120(c)(2), UCMJ, SHOULD BE SET ASIDE IN LIGHT OF THIS COURT'S DECISIONS IN *UNITED STATES v. NEAL,* 68 M.J. 289 (C.A.A.F. 2010), AND *UNITED STATES v. PRATHER,* 69 M.J. 338 (C.A.A.F. 2011).

It is further ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is reversed as to Charge III and Specification 1 thereunder and as to the sentence, but affirmed in all other respects. The findings as to Charge III and Specification 1 thereunder and the sentence are set aside. The

record of trial is returned to the Judge Advocate General of the Navy for remand to an appropriate convening authority who may order a rehearing on the affected charge and sentence. Alternatively, a rehearing on sentence only may be ordered with regard to the affirmed findings.

No. 11–0374/AR. U.S. v. Lelan M. Shankles. CCA 20100307. Review granted on the following specified issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER* AND *JONES*.

No briefs will be filed under Rule 25.

No. 07–0253/NA. U.S. v. John A. Halsema. CCA 20001337. Appellant's motion to withdraw the petition for grant of review granted. The Hearing Notice issued February 14, 2011, is hereby vacated.

No. 11–0231/AR. U.S. v. William J. Kreutzer, Jr. CCA 19961044. Appellant's motion for leave to file the joint appendix out of time granted.

